<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELISSA STEWART and KEVIN STEWART, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SMART BALANCE, INC., GFA BRANDS, INC.<br><br>Defendants. | Civil Action No.: 11-6174 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (CM/ECF No. 30) by Defendants Smart Balance and GFA Brands, Inc. (hereafter "Defendants"). For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 25th day of June, 2012,

**ORDERED** that Defendant's motion to dismiss is granted in part and denied in part; and it is further

**ORDERED** that Plaintiffs' New Jersey Consumer Fraud Act and Manguson-Moss Warranty Act claims are dismissed without prejudice. Plaintiffs may amend their Complaint within 30 days of the date herein; and it is further

1

**ORDERED** that Defendants' motion to dismiss is denied as to the following: the breach of express warranty claim, claims relating to the Fat Free Enhanced Milks not purchased by Plaintiffs, and the issue of parent company liability.

**SO ORDERED**

_____
Jose L. Linares
United States District Judge